## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Mikayle Cameron, | Civil No. 25-cv-2920 (NEB/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Renewal by Andersen LLC, | |
| Defendant. | |

---

**IT IS HEREBY ORDERED THAT:**

1.     Plaintiff Mikayle Cameron's application to proceed *in forma pauperis* (ECF No. 2) is **GRANTED**.

2.     Mr. Cameron must submit a properly completed Marshal Service Form (Form USM-285) for Defendant Renewal by Andersen LLC.  If Mr. Cameron does not complete and return the Marshal Service Form by **August 20, 2025**, the Court will recommend dismissing this action without prejudice for failure to prosecute.  The Court will provide a Marshal Service Form to Mr. Cameron.

3.     After Mr. Camerson returns the completed Marshal Service Form, the Court directs the Clerk of Court to seek waiver of service from Defendant Renewal by Andersen LLC, consistent with Rule 4(d) of the Federal Rules of Civil Procedure.

4.     If Defendant Renewal by Andersen LLC fails without good cause to sign and return a waiver within 30 days of the date that the waiver is mailed, the Court will impose upon it the expenses later incurred in effecting service of process.  Absent a showing of good cause,

reimbursement of the costs of service is mandatory and will be imposed in all cases in which a

defendant does not sign and return a waiver-of-service form. *See* Fed. R. Civ. P. 4(d)(2).

Dated: July 21, 2025

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge